UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL BELTRAN,<br>Plaintiff,<br>v.<br>GONSALVES & SANTUCCI, INC.,<br>Defendant. | Case No. 5:26-cv-06525-PCP<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 1 |

This is a wage-and-hour lawsuit originally filed in state court and presenting only state law claims. Defendant nonetheless removed the lawsuit to federal court, contending that the Court has federal question jurisdiction due to federal LMRA preemption of the claims being asserted herein. The Court has previously rejected that argument. *Hernandez v. Pac. Underground Constr., Inc.*, 794 F. Supp. 3d 696, 709 (N.D. Cal. 2025); *see also Cortes v. Mass Elec. Constr. Co.*, No. 25-CV-06714-JSC, 2025 WL 3685194, at *7 (N.D. Cal. Dec. 18, 2025); *Sica v. Silicon Valley Mech., Inc.*, No. 26-CV-00180-VC, 2026 WL 1379906, at *1 (N.D. Cal. May 13, 2026). Accordingly, defendant is ORDERED to show cause within 14 days why this action should not be remanded to state court for lack of jurisdiction. Any response to defendant's statement shall be filed within 7 days thereafter.

**IT IS SO ORDERED.**

Dated: September 8, 2026

P. Casey Pitts
United States District Judge

United States District Court
Northern District of California